FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2008 MAR 27 PM 1:33

GREGORY C. LANGHAM
CLERK

BY_____ DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00500-REB

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

1. DEON LOVE,

　　　　Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce DEON LOVE, D.O.B. 1960, Booking No. 1575263, before United States District Court Judge Robert E. Blackburn on April 29, 2008 at 11:00 a.m. for proceedings and appearances upon the charge set forth in the Petition on Supervised Release and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this 25th day of March, 2008.

_____
MAGISTRATE JUDGE ~~ROBERT E. BLACKBURN~~ MICHAEL E. HEGARTY
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO